FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 30 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD B. EDWARDS, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:07-CV-3052-SCJ |
| FULTON COUNTY, | |
| Defendants. | |

## JUDGMENT

This action having come before the Court for a trial by jury, the Honorable Steve C. Jones presiding, and the issues having been tried and the jury having rendered its verdict in favor of the defendant Fulton County,

It is **ORDERED AND ADJUGED** that the plaintiff Ronald B. Edwards take nothing; that the defendant Fulton County recover its costs of this action, and the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia this 30th day of October, 2014.

JAMES N. HATTEN
CLERK OF COURT
By: _____
Pamela Wright
Deputy Clerk

Prepared, filed and entered
in the Clerk's Office
October 30, 2014.
James N. Hatten
Clerk of Court

By: s/Pamela Wright
   Pamela Wright
   Deputy Clerk